**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JAMES KENNEDY,

    Plaintiff,

-against-

FOOT LOCKER, INC. and FOOT LOCKER
STORES, INC.

 Defendants.
-------------------------------------------------------------------X

AGREED MOTION TO DISMISS
ALL CLAIMS WITH PREJUDICE

Case No.: 14-CV-2571
(SJ/MJB)

    Plaintiff James Kennedy ("Kennedy") and Defendants Foot Locker, Inc. and Foot Locker Stores, Inc. ("Foot Locker") (collectively the "Parties"), through their respective undersigned attorneys, and pursuant to Fed R. Civ. P 41(a)(ii), respectfully request that this Court grant this Motion and dismiss all claims with prejudice, with both Parties agreeing to bear their own attorneys' fees and costs.  In support of this Motion the Parties state as follows:

    1.    Kennedy filed suit against Foot Locker in connection with his prior employment with Foot Locker Retail, Inc.

    2.    The Parties have agreed to dismiss all claims in this litigation with prejudice, including the claims in the Complaint.

    WHEREFORE, Plaintiff James Kennedy and Defendants Foot Locker, Inc. and Foot Locker Stores, Inc., through their respective undersigned attorneys, and pursuant to Fed R. Civ. P 41(a)(ii), respectfully request that this Court enter an order:

    1.    Granting this Motion;

    2.    Dismissing all claims in the Complaint with prejudice, with both Parties to bear their own costs and fees; and

    3.    Terminating this case in its entirety.

Dated: July 17, 2014


___/s/ David Harrison_____                    ___/s/ Katherine R. Sinatra_____
David Harrison, Esq.                            Katherine Sinatra, Esq.
Harrison, Harrison & Associates, Ltd.           Shook, Hardy & Bacon, LLP
110 State Highway 35, 2nd Floor                 2555 Grand Blvd.
Red Bank, NJ 07701                              Kansas City, MO 64108

*Counsel for Plaintiff*                         *Counsel for Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JAMES KENNEDY,

Plaintiff,

-against-

FOOT LOCKER, INC. and FOOT LOCKER
STORES, INC.

 Defendants.
------------------------------------------------------------------X

PROPOSED ORDER OF DISMISSAL
OF ALL CLAIMS WITH PREJUDICE

Case No.: 14-CV-2571
(SJ/MJB)

IT APPEARING that the parties have resolved this matter amicably, it is hereby

ADJUDGED, ORDERED and DECREED that the Complaint filed in this matter is hereby dismissed with prejudice, with each party to bear its own costs.

Entered this _____ day of _____, 2014.

_____
Honorable Judge

| WE ASK FOR THIS: | WE ASK FOR THIS: |
|---|---|
| __/s/ David Harrison_____ | ___/s/ Katherine R. Sinatra_____ |
| David Harrison, Esq. | Katherine Sinatra, Esq. |
| Harrison, Harrison & Associates, Ltd. | Shook, Hardy & Bacon, LLP |
| 110 State Highway 35, 2nd Floor | 2555 Grand Blvd. |
| Red Bank, NJ 07701 | Kansas City, MO 64108 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

599132 v1